UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-2140-CBM-(RAOx) | Date | April 24, 2023 |
| Title | Bjorklund v. Cnty. of Santa Barbara et al. | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE: SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS**

Plaintiff's Complaint asserts the following causes of action: (1) Unreasonable search and seizure, 42 U.S.C. § 1983; (2) false arrest, 42 U.S.C. § 1983; (3) wrongful/malicious prosecution, 42 U.S.C. § 1983; (4) violation of due process rights, 42 U.S.C. § 1983; (5) defamation; (6) supervisor and municipal liability, Monell – 42 U.S.C. § 1983; and (7) intentional infliction of emotional distress.

Pursuant to 28 U.S.C. § 1367(a), "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

Plaintiff is **ORDERED TO SHOW CAUSE** in writing **no later than May 8, 2023**, why the Court lacks jurisdiction over Plaintiff's defamation claim because that claim does not form part of the same case or controversy as Plaintiff's federal claims pursuant to 28 U.S.C. § 1367(a).

**IT IS SO ORDERED.**