Eric Bjorklund, Pro Se Litigant
6 Harbor Way #237
Santa Barbara, CA 93109
efbjorklund@gmail.com

FILED
2025 APR -4 PM 12: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____GSA

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

ERIC BJORKLUND, an individual

Plaintiff
vs.
Defendants

COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S OFFICE; BRAD WELCH; and DOES 1 through 10, all sued in their individual capacities.

Case No. 2:23-CV-02140 CBM (RAOx)

**NOTICE and Motion to Unseal Documents**
(28 U.S.C. § 1651; Federal Rules of Court 5.2(d); California Rules of Court 8.46(f); and Santa Barbara Local Rule 2.551(h))

Date:   May 13, 2025
Time:   10:00 AM
Dept.   Courtroom 8D
Honorable Judge Consuelo B. Marshall

**NOTICE:** To Defendants and their attorneys of record; this Honorable Court; and the Clerks of the Court so involved.

On March 5, 2025 at 11 am, pro se plaintiff met in person with opposing counsel, Attorney Mary Pat Barry, pursuant to Local Rule 7-3. Plaintiff requested Defendants' written consent to file a Motion to Unseal the Bank Search Warrant and the entire case number 1350611 in the City of Santa Maria, CA. Therefore, this motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 5, 2025.

1. Please take NOTICE that on Tuesday, May 13, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8D of the above-entitled court, located in the First Street U.S. Courthouse at 350 W. 1st St., Los Angeles, California, Plaintiff, Eric Bjorklund, brings this Motion to Unseal the Bank Search Warrant and the entire case 1350611 in the name of Eric Bjorklund.

This Notice is accompanied by a Memorandum of Points and Authorities and a Verifying Declaration.

## MEMORANDUM OF POINTS AND AUTHORITIES

**Now comes Eric Bjorklund**, pro se plaintiff, pursuant to Federal Rules of Court Rule 5.2(d); 28 U.S.C. §1651; Santa Barbara Local Rule 2.551(h); and California Rules of Court 8.46(f), with prayer that this Honorable Court grant the unsealing of criminal case 1350611 and the Welch authored Bank Search warrants.

## FACTUAL BASIS

1. Sometime in June or July of the year 2010, Detective Welch obtained financial records relating to Eric Bjorklund.

2. Then, on October 1, 2010, Brad Welch listed those financial records (Currency Transactions Reports) in his affidavit to obtain Ramey Warrant #6980.

3. Also, Brad Welch stated in his affidavit that he "*authored search warrants . . . related to Erik Bjorklund.*"

4. Brad Welch asserts that he sealed those particular Bank Search warrants that are referenced on Ramey Warrant #6980.

5. Attached is the Order [10-016] Sealing the warrant documents dated August 17, 2010, and the unsigned Inventory Return of Search Warrant dated August 17, 2010.

6. Plaintiff herein requests that this Honorable Court unseal those Bank Search Warrants that are referenced in Ramey Warrant #6980.

7. Someone, on June 20, 2023, falsely persuaded the Superior Court of California in the County Santa Barbara to seal Arrest and Related Records on court case number 1350611-*People of the State of California v. Erik Filip Bjorklund* by way of law enforcement agency 10-14698.

8. Attached is a copy of the Granted petition to seal case 1350611.

9. Mr. Bjorklund did not make this request dated June 20, 2023.

10. Someone falsified the document signed by John F. McGregor by using the incorrect spelling of "*Erik.*"

11. Mr. Bjorklund spells his name as ERIC.

12. The criminal case 1350611 was sealed within three months after the filing of this present federal case.

13. Plaintiff herein request that the Honorable court unseal the Court Case Number 1350611 relating to Mr. Bjorklund.

**AUTHORITY**

14. *Lugosch v. Pyramid Co. of Onondage* (2006) 435 F.3d 1100, "*The presumption of access is based on the need for federal courts [] to have a measure of accountability and for the public to have confidence in the administration of justice.*"

15. Here, the Bank Search warrants and case file for 1350611 are judicial documents. The

scale balancing between the *danger of impairing law enforcement or judicial efficiency* and the *privacy interests of those resisting disclosure* heavily tips toward unsealing the documents because the government sealed the documents and the government is resisting the disclosure of the sealed document. The criminal case has been dismissed. There is no danger in impairing law enforcement or judicial efficiency. The documents relate to Mr. Bjorklund, the plaintiff herein, thus not privacy is being invaded upon. Plaintiff seeks transparency in the prosecution of this federal civil case.

16. Should any other person's private information be held within such documents, then a redacted version may be unsealed. *Id.*, p. 120. Otherwise, the is no compelling reason to hold these documents under seal.

17. "[P]*recedents indicate that document submitted to a court for its consideration [] — as a matter of law — judicial documents to which a strong presumption of access attaches, under both the common law and the First Amendment.*" Id., p. 121.

## PRAYER

WHEREFORE, Petitioner prays that this Honorable Court unseal the Bank Search warrants and the entire criminal case 1350611.

Dated: 4.19.2025

Eric Bjorklund, Pro Se Plaintiff