JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC BJORKLUND,<br><br>          Plaintiff,<br>v.<br><br>COUNTY OF SANTA BARBARA *et al.*,<br><br>          Defendants. | Case No.:  2:23-cv-2140-CBM-RAO<br><br>**JUDGMENT** |

Consistent with the Court's Order re: Defendant Brad Welch's Motion for Summary Judgment (Dkt. No. 110), judgment is entered in favor of Defendant Brad Welch and against Plaintiff Eric Bjorklund as to Plaintiff's 42 U.S.C. § 1983 judicial deception claim under the Fourth Amendment.

DATED:  September 19, 2025.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE